**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___Nov. 16, 2021___

**GREEK FARMS INT'L, LLC,**

                                        **Plaintiff,**

         **-against-**

**COSMOPOLITAN FOOD**
**GROUP INC.,**

                                        **Defendant.**

**21-CV-6565-ALC**

**ORDER REQUESTING**
**STATUS REPORT**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is hereby **ORDERED** to submit a status report by **November 23, 2021** indicating how it would like to proceed with the case and whether Defendant has expressed any intention to answer the Complaint or otherwise appear in this case. If Plaintiff intends to move for default judgment against Defendant, they should propose a briefing schedule to the Court as part of the status report.

         **SO ORDERED.**

 **Dated**: Nov. 16, 2021
          New York, New York

                              _____
                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**