| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x<br>GREEK FARMS INTERNATIONAL,<br>LLC,<br><br>                                  Plaintiff,<br><br>                                -against-<br><br>COSMOPOLITAN FOOD GROUP,<br><br>                                  INC.,<br>                                Defendant.<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Sept 13, 2022<br><br>21-cv-06565 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephone conference in this case on September 16, 2022 at 11:00 A.M. Eastern Time. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660).

**SO ORDERED.**

Dated:   Sept 13, 2022
              New York, New York

                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**