```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
GREEK FARMS INTERNATIONAL,              :
LLC,                                    :
                                        :
                        Plaintiff,      :
                                        :      21-cv-06565 (ALC)
               -against-                :
                                        :      ORDER
COSMOPOLITAN FOOD GROUP,                :
                                        :
                            INC.,       :
                        Defendant.      :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept 16, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated in today's Court conference, Plaintiff's motion for default judgment is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 17.

The parties are encouraged to pursue a potential settlement in this case, and the Court will refer the dispute to Magistrate Judge Willis for general pretrial management and potential settlement discussions.

**SO ORDERED.**

Dated:   Sept 16, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**